1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant MARTINEZ
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,       )   No. CR-13-0596 SI
                                    )
13              Plaintiff,          )   STIPULATION AND [P~~ROPOSED~~]
                                    )   ORDER TO CONTINUE SENTENCING
14  v.                              )   HEARING
                                    )
15  JOSE MARTINEZ,                  )
                                    )
16              Defendant.          )
    _____)
17

18

19

20

21

22

23

24

25

26

27

28

*US v. Martinez*, Case No. CR-13-0596 SI;
Stip & [Proposed] Order to Continue Sentencing

The parties jointly request that, subject to the Court's approval, the sentencing hearing presently set for April 18, 2014 be continued to May 2, 2014 at 11:00 a.m.

On January 24, 2014, defendant Jose Martinez pleaded guilty to a one count indictment charging him with a violation of 8 U.S.C. § 1326, illegal reentry after deportation, pursuant to a plea agreement with the government. At that time, the Court scheduled April 18, 2014 for the sentencing hearing. Unfortunately, defense counsel had a scheduling issue that prevented a timely interview for the Presentence Report.

Accordingly, the parties jointly request that the sentencing hearing be continued to May 2, 2014 at 11:00 a.m. The United States Probation Officer assigned to this case has been consulted and has no objection to this request.

IT IS SO STIPULATED.

March 11, 2014
DATED

/s/
JANAKI GANDHI
Special Assistant United States Attorney

March 11, 2014
DATED

/s/
JODI LINKER
Assistant Federal Public Defender

IT IS SO ORDERED.

3/12/14
DATED

[signature]
~~MAXINE M. CHESNEY~~
United States District Judge

*US v. Martinez*, Case No. CR-13-0596 SI;
Stip & [Proposed] Order to Continue Sentencing        1